# United States District Court
## Violation Notice

**CVB Location Code:** SET-16

**Violation Number:** 6655936

**Officer Name (Print):** AREVACO, F

**Officer No.:** 1391

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 5/7/2019 - 1610

**Offense Charged:** ☐ CFR  ☒ USC  ☐ State Code

18 USC 113 (5)

**Place of Offense:** METRO BUS STOP 2002 HOLCOMBE, HOUSTON, TX, 77030

**HAZMAT:** ☐

**Offense Description: Factual Basis for Charge:**
ASSAULT WITHIN MARITIME & TERRITORIAL JURISDICTION (5) SIMPLE ASSAULT

### DEFENDANT INFORMATION

**Phone:** (832) 945-0316

**Last Name:** ADAMS
**First Name:** CECIL
**M.I.:** S

**Street Address:** 1799 FM 528 APT #4004

**City:** WEBSTER
**State:** TX
**Zip Code:** 77539
**Date of Birth (mm/dd/yyyy):** 6/18/1958

**Drivers License No.:** 08015151
**CDL:** ☐
**D.L. State:** TX
**Social Security No.:** 463270741

☒ Adult  ☐ Juvenile  **Sex:** ☒ Male ☐ Female
**Hair:** BRN  **Eyes:** BRN  **Height:** 5'8"  **Weight:** 180

### VEHICLE  VIN:  CMV ☐

**Tag No.:** N/A  **State:** N/A  **Year:** N/A  **Make/Model:** N/A  **PASS:** ☐  **Color:** N/A

**A** ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

**B** ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ _____  Forfeiture Amount
+ $30  Processing Fee

**PAY THIS AMOUNT →** $ _____  Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:** _____
**Date (mm/dd/yyyy):** _____
**Time (hh:mm):** _____

CVB SCAN 05/20/2019 11:0

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

**X Defendant Signature:** Cecil Scott Adams

(Rev. 09/2015)          Original - CVB Copy

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 02 MAY, 2019 while exercising my duties as a law enforcement officer in the SOUTHERN District of TEXAS

VA POLICE WERE NOTIFIED OF AN ASSAULT WHICH TOOK PLACE ON THE VA MEDICAL CENTER CAMPUS. INVESTIGATION REVEALED THE SUBJECT, CECIL ADAMS, WAS ACTING DISORDERLY; YELLING & CUSSING AT BYSTANDERS IN THE AREA. THE VICTIM ATTEMPTED TO CALM ADAMS, AT WHICH TIME ADAMS GRABBED THE VICTIM, ELBOWED HIM IN THE NECK AND PUSHED HIM BACKWARDS, APPROXIMATELY 30 FEET INTO A BUSH AND BRANCHES, CAUSING MULTIPLE SCRATCHES ON HIS ARMS. THEY BOTH SEPERATED & ADAMS THREATENS THE VICTIM NOT TO BOARD THE BUS THEY WERE WAITING ON. UPON BOARDING ADAMS ELBOWED THE VICTIM IN THE NECK AREA, CAUSING HIM TO GET OFF THE BUS & REPORT THE INCIDENT TO POLICE.

The foregoing statement is based upon:

☐ my personal observation    ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 05/10/2019        Officer's Signature
Date (mm/dd/yyyy)

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)        U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

# United States District Court
## Violation Notice

**CVB Location Code:** ST-16

**Violation Number:** 7602192

**Officer Name (Print):** Campbell

**Officer No.:** 3980

7602192

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 05/20/2019 1108

**Offense Charged:** ☒ CFR  ☐ USC  ☐ State Code

38 CFR 1.218(b)(11)

**Place of Offense:** Canteen/Cafeteria 2002 Holcombe Blvd. Houston TX 77030

**Offense Description: Factual Basis for Charge:** Disorderly Conduct

HAZMAT ☐

### DEFENDANT INFORMATION

**Phone:** (    )    -

**Last Name:** Adams Jr.

**First Name:** Cecil

**M.I.:** S.

**Street Address:** 2027 Bonaire Calle

**City:** Dickinson

**State:** TX

**Zip Code:** 77539

**Date of Birth (mm/dd/yyyy):** 06/18/1958

**Drivers License No.:** 

**CDL:** ☐  **D.L. State:**

**Social Security No.:** 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

☒ Adult ☐ Juvenile  **Sex:** ☒ Male ☐ Female  **Hair:** Gry  **Eyes:**  **Height:** 5'10  **Weight:**

### VEHICLE

**VIN:**  CMV ☐

**Tag No.:** | **State:** | **Year:** | **Make/Model:** | PASS ☐ | **Color:**

A ☒ **IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.** SEE INSTRUCTIONS (on back of yellow copy).

B ☐ **IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.** SEE INSTRUCTIONS (on back of yellow copy).

$ _____ Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT →** $  **Total Collateral Due**

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:**

**Date (mm/dd/yyyy):**

**Time (hh:mm):**

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

**X Defendant Signature:** X C.S. Adams

(Rev. 09/2015)    Original - CVB Copy

CVB SCAN 06/10/2019 13:32

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on __21 MAY__, 20__19__ while exercising my duties as a law enforcement officer in the __Southern__ District of __Texas__

Subject had created a disturbance in the Cafeteria. Subject created a loud, boisterous noise by laughing and making threatening statements toward another person, "You better run cause I'm going to whoop your ass."

Subject had also brought in a small green bird into the facility to his appointment. This interrupted the operations of the Clinic refusing proceed with his appointment and having to exhibit the military and alternative solutions prevent normal operations to proceed.

The foregoing statement is based upon:

☐ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: __05/21/2019__  _____
               Date (mm/dd/yyyy)      Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____  _____
               Date (mm/dd/yyyy)      U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident

CVB SCAN 06/10/2019 13:32